1 **T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
2 644 40th Street, Suite 305
Oakland, California 94609
3 T: (510) 350-7517
4 F: (510) 350-7359
email: kennedy@helmlawoffice.com
5
*Attorney for Plaintiffs*
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| A.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; F.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; individually,<br><br>              Plaintiffs,<br><br>    vs.<br><br>COUNTY OF TULARE, a public entity; and DOES 1–50, jointly and severally,<br><br>              Defendants. | Case No. 1:23-cv-00500-JLT-SKO<br><br>**ORDER GRANTING APPLICATION OF JOHANA YOLANDA CORRAL GALVAN FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF F.G., CO-SUCCESSOR IN INTEREST TO FRANCISCO PONCE**<br><br>(Doc. 5) |

Order, Appointing Johana Yolanda Corral Galvan GAL for F.G., Co-Successor in Interest to Francisco Ponce
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO

**ORDER APPOINTING GUARDIAN AD LITEM**

The Court, having considered the Application of Johana Yolanda Corral Galvan for Appointment as Guardian ad Litem for F.G. (Doc. 5), a minor plaintiff in the above-referenced action, along with the declarations in support of the Application (Docs. 6 & 8), and good cause appearing, IT IS HEREBY ORDERED that non-party Johana Yolanda Corral Galvan be, and is hereby, appointed as Guardian Ad Litem for F.G. in the above-referenced action pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated:   **May 16, 2023**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

Order, Appointing Johana Yolanda Corral Galvan GAL for F.G., Successor in Interest to Francisco Ponce
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO           1