1  T. Kennedy Helm, IV (SBN 282319)
   HELM LAW OFFICE, PC
2  644 40th Street, Suite 305
   Oakland, California 94609
3  T: (510) 350-7517
4  F: (510) 350-7359
   email: kennedy@helmlawoffice.com
5
   *Attorney for Plaintiffs*
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| A.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; F.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF TULARE, a public entity; and DOES 1–50, jointly and severally, <br><br> Defendants. | Case No. 1:23-cv-00500-JLT-SKO <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER'S DEADLINE TO FILE MOTIONS OR STIPULATIONS TO AMEND PLEADINGS (Doc. 19)** |

STIP. & (PROP.) ORD. RE: DEADLINE TO SEEK LEAVE TO AMEND PLEADINGS
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO

Plaintiffs, by and through their counsel, T. Kennedy Helm, IV, of Helm Law Office, PC, and Defendant, by and through its counsel, Gary Logan, of Lebeau Thelen, LLP, hereby respectfully stipulate and request as follows:

RECITALS

A. This is the Parties' first request for an extension of any pretrial dates, and it concerns only the deadline to file any motions or stipulations requesting leave to amend the pleadings, currently set for November 10, 2023. (*See* ECF No. 19).

B. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

C. Plaintiffs' counsel, a solo practitioner, has diligently investigated and begun drafting the First Amended Complaint. However, Plaintiffs' counsel is also co-counsel in *Hernandez, et al. v. County of Riverside, et al.*, No. 5:21-cv-01791-JGB-SP (C.D. Cal.), a wrongful-death case, in which Defendants filed a motion for summary judgment on October 23, 2023. (*See* ECF No. 64). Plaintiffs' opposition in *Hernandez* is due on November 6, 2023. (*See* ECF No. 63).

D. Plaintiffs' counsel must spend substantial time between now and November 6, 2023, on the *Hernandez* opposition to the motion for summary judgment. He therefore does not believe he can both finish the First Amended Complaint and complete any meet-and-confer to avoid motion practice by the current November 10, 2023, deadline. Plaintiffs' counsel therefore respectfully requests a 30-day extension of time on this deadline only.

E. Counsel for the Parties have met-and-conferred, and the Parties have agreed that neither side would be prejudiced by a stipulated extension of 30 days of the deadline to file any

motion or stipulation requesting leave to amend the pleadings.

## STIPULATION

Given the foregoing, and the approaching deadline to file any motion or stipulation requesting leave to amend the pleadings (November 10, 2023), the Parties respectfully submit that good cause exists to continue this deadline only by 30 days.

| Matter | Current Deadline (ECF No. 19) | New Deadline |
|---|---|---|
| Deadline to File Any Stipulations or Motions Requesting Leave to Amend the Pleadings | November 10, 2023 | December 10, 2023 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: October 25, 2023  **HELM LAW OFFICE, PC**

*/s/ T. Kennedy Helm, IV*
By: T. KENNEDY HELM, IV
*Attorney for Plaintiffs*

Dated: October 25, 2023  **LEBEAU THELEN LLP**

*/s/ Gary L. Logan**
By: GARY L. LOGAN
*Attorneys for Defendants*

*Mr. Logan provided his consent that this document be filed by CM/ECF.

//
//
//
//

STIP. & ORD. RE: DEADLINE TO SEEK LEAVE TO AMEND PLEADINGS
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO        2

**ORDER**

The Court, having considered the Parties' stipulation (Doc. 20), and good cause appearing, finds the parties have shown good cause for the relief their Stipulation requests. IT IS HEREBY ORDERED that the Scheduling Order (Doc. 19) is modified as follows:

| Matter | Current Deadline | New Deadline |
|---|---|---|
| Deadline to File Any Stipulations or Motions Requesting Leave to Amend the Pleadings | November 10, 2023 | December 10, 2023 |

The other deadlines listed in the scheduling order (Doc. 19) remain unchanged.

IT IS SO ORDERED.

Dated:   **October 26, 2023**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE