T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| A.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; F.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, a public entity; and DOES 1–50, jointly and severally,<br><br>Defendants. | Case No. 1:23-cv-00500-JLT-SKO<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(Doc. 22)** |

Plaintiffs, by and through their counsel, T. Kennedy Helm, IV, of Helm Law Office, PC, and Defendant, by and through its counsel, Gary Logan, of Lebeau Thelen, LLP, hereby respectfully stipulate and request as follows:

## RECITALS

1. Pursuant to this Court's scheduling order (ECF No. 19), "[a]ll proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992), *and* (B) establish, under Fed. R. Civ. P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see Foman v. Davis*, 371 U.S. 178, 182 (1962).

2. As to (A), the Parties agree that Plaintiffs submit their proposed First Amended Complaint on or before December 10, 2023, in compliance with the existing scheduling order, as modified by stipulation and order. *See* ECF Nos. 20, 21.

3. As to (B), the Parties stipulate that Plaintiffs' proposed First Amended Complaint satisfies the five factors *Foman v. Davis*, 371 U.S. 178 (1962): (1) there is no undue prejudice to the opposing party; (2) there has been no undue delay; (3) there is no bad faith or dilatory motive by the movants, Plaintiffs; (4) there have been no repeated failures to cure deficiencies by amendment; and (5) amendment is not futile *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

## STIPULATION

Given the foregoing, the Parties stipulate that Plaintiffs may file the proposed First Amended Complaint, attached hereto as **Exhibit 1.** For the Court's convenience, a redline version is attached as **Exhibit 2**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: December 5, 2023                **HELM LAW OFFICE, PC**

STIP. & ORD. FOR FILING OF FIRST AMENDED COMPLAINT
*A.G.*, *et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO                1

                                        */s/ T. Kennedy Helm, IV*
                                        By: T. KENNEDY HELM, IV
                                        *Attorney for Plaintiffs*

Dated: December 5, 2023                **LEBEAU THELEN LLP**

                                        */s/ Gary L. Logan\**
                                        By: GARY L. LOGAN
                                        *Attorneys for Defendants*

*Mr. Logan provided his consent that this document be filed by CM/ECF.

### **ORDER**

      The Court, having considered the Parties' foregoing stipulation (Doc. 22), and for good cause shown, GRANTS the stipulation.

      IT IS HEREBY ORDERED that Plaintiffs SHALL file the proposed First Amended Complaint, attached to the Parties' stipulation as **Exhibit 1**.

IT IS SO ORDERED.

Dated:  **December 6, 2023**                    */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

STIP. & ORD. FOR FILING OF FIRST AMENDED COMPLAINT
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO    2