T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
Telephone: (510) 350-7517
Facsimile: (510) 350-7359
E-mail: kennedy@helmlawoffice.com

*Attorney for Plaintiffs A.G. and F.G., by and through their guardian ad litem, Johana Yolanda Corral Galvan*

Gary L. Logan (SBN 90558)
Alan J. Mish (SBN 105771
LAW OFFICES OF
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
Telephone:(661) 325-8962
Facsimile: (661) 325-1127
E-mail: glogan@lebeauthelen.com
E-mail: amish@lebeauthelen.com

*Attorneys for Defendants County of Tulare, Jose Sanchez Perez, James Dillon, and Rodrigo DeOchoa*

Kevin G. Little (SBN 149818)
Michelle L. Tostenrude (SBN 290121)
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinglittle.com

*Attorneys for Plaintiff Rosa Madrid*

Lindsey M. Romano (SBN 337600)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
E-mail: lromano@grsm.com

*Attorneys for Defendants Wellpath, LLC; Alla Liberstein, M.D.; and Andrew P. Ho, M.D.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| A.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; F.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; individually,<br><br>          Plaintiffs,<br>   vs.<br><br>COUNTY OF TULARE, a public entity; Correctional Deputy Trainee JOSE SANCHEZ PEREZ; Correctional Deputy JAMES DILLON; Correctional Deputy RODRIGO DEOCHOA; WELLPATH, LLC, a Delaware Corporation; ANDREW P. HO, MD; ALLA LIBERSTEIN, MD; and DOES 7–50, jointly and severally,<br><br>          Defendants. | Case No. 1:23-cv-00500-JLT-SKO<br>Case No. 1:24-cv-00150-JLT-SKO<br><br>**STIPULATION AND ORDER TO: (1) CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a); AND (2) MODIFY EXISTING SCHEDULING ORDER (Doc. 19)** |

STIP. & ORDER TO CONSOLIDATE CASES & MODIFY SCHEDULING ORDER
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO

Plaintiffs A.G. and F.G., by and through their counsel, T. Kennedy Helm, IV, of Helm Law Office, PC; Plaintiff Rosa Madrid, by and through her counsel, Kevin G. Little of the Law Office of Kevin G. Little; Defendants County of Tulare, Jose Sanchez Perez, James Dillon, and Rodrigo DeOchoa, by and through their counsel, Gary L. Logan, of Lebeau Thelen, LLP; and Defendants Wellpath, LLC; Andrew P. Ho, M.D.; and Alla Liberstein, M.D., by and through their counsel Lindsey M. Romano of Gordon Rees Scully Mansukhani, LLP, having met and conferred, hereby respectfully stipulate and request as follows:

## RECITALS

A. On December 6, 2023, this Court issued an order granting the Parties' stipulation for Plaintiffs to file a First Amended Complaint in *A.G., et al. v. County of Tulare, et al.*, No. 1:23-cv-00500-JLT-SKO. *See* ECF No. 23.

B. The First Amended Complaint, filed December 6, 2023, added Tulare County defendants Jose Sanchez Perez, James Dillon, and Rodrigo DeOchoa, and it also added defendants Wellpath, LLC, and its employees Andrew P. Ho, M.D., and Alla Liberstein, M.D. *See* ECF No. 24.

C. On December 27, 2023, Defendants Tulare County, Perez, Dillon, and DeOchoa answered the First Amended Complaint. *See* ECF No. 27.

D. On February 2, 2024, Plaintiff Rosa Madrid filed a Complaint against Defendants Jose Sanchez Perez, James Dillon, and Rodrigo DeOchoa arising out of the same incident as in *A.G.*, the in-custody death of Francisco Ponce, Jr., *See Rosa Madrid v. Sanchez-Perez, et al.*, No. 1:24-cv-00150-HBK, at ECF No. 1. Counsel for Plaintiff Madrid also filed a Notice of Related Cases regarding this case. *See* ECF No. 3 in *Madrid*.

E. On February 5, 2024, the *A.G.* Plaintiffs served the First Amended Complaint on defendants Wellpath, LLC and Alla Liberstein, M.D. *See* ECF Nos. 28, 29. The responsive pleading date was February 26, 2024.

F. On February 20, 2024, the same counsel for Defendants Sanchez Perez, Dillon, and DeOchoa as in *A.G.* filed an answer to Plaintiff's complaint in *Madrid*. *See* ECF No. 7.

G. On February 21, 2024, the *A.G.* Plaintiffs filed a Notice of Related Cases regarding *Madrid*. *See* ECF No. 30.

H. On February 23, 2024, counsel for Defendants Wellpath, LLC; Alla Liberstein, M.D.; and Andrew P. Ho, M.D.; filed a notice of appearance in *A.G. See* ECF no. 31.

I. Also on February 23, 2024, counsel for the Wellpath defendants and counsel for Plaintiffs in *A.G.*, after meeting and conferring, filed a stipulation pursuant to Eastern District Local Rule 144(a) that the Wellpath defendants would file a responsive pleading to Plaintiffs' First Amended Complaint by March 25, 2024. *See* ECF No. 34.

J. Also on February 23, 2024, Plaintiffs served the First Amended Complaint on defendant Dr. Ho. *See* ECF No. 35.

K. Also on February 23, 2024, District Judge Thurston entered an order relating *Madrid* to *A.G.* and reassigning both cases to District Judge Thurston and this Court. *See* ECF No. 8 in *Madrid.*

L. Also on February 23, 2024, this Court reset a scheduling conference in *Madrid* for May 14, 2024. *See* ECF No. 9 in *Madrid*.

M. The Parties agree that the cases of *A.G., et al. v. County of Tulare, et al.*, No. 1:23-cv-00500-JLT-SKO and *Madrid v. Sanchez-Perez, et al.*, No. 1:24-cv-00150-JLT-SKO, "involve overlapping parties, claims, events and/or questions of factor law. Both actions concern the death of Francisco Ponce, Jr., while confined in the Bob Wiley Detention Facility." *See* ECF No. 8 in *Madrid*. The Plaintiffs in *A.G.* are Mr. Ponce's two minor daughters and co-successors in interest, and the Plaintiff in *Madrid* is Mr. Ponce's mother.

N. The Parties also agree that these cases should be consolidated, Fed. R. Civ. P. 42(a), for discovery, pretrial, and trial, proceeding under one Scheduling Order.

O. Therefore, the Parties stipulate and request that the cases be consolidated, and that the current scheduling order in *A.G.*, ECF No. 19, be modified.

P. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, the "court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Parties respectfully submit that good cause exists to continue the deadline for completion of fact discovery and the successive deadlines.

Q. Currently, the cutoff for non-expert discovery in *A.G.* is May 8, 2024. *See* ECF No. 19.

R. Counsel for the *A.G.* Plaintiffs, counsel for the Tulare County Defendants, and counsel for the Wellpath Defendants have met-and-conferred and do not believe that fact discovery can be completed in *A.G.* by the current deadline of May 8, 2024, because the Wellpath Defendants will file their responsive pleading by March 25, 2024.

S. Therefore, the *A.G.* Parties have agreed that a stipulated extension of approximately 180 days of the cutoff for fact discovery will allow the Parties to complete fact discovery.

T. The *A.G.* Parties have further agreed that such a stipulated extension of 180 days of the cutoff for fact discovery would necessitate an approximate 180-day extension of each of the remaining pretrial dates, and of the trial date.

U. Should *Madrid* be consolidated with *A.G.*, then counsel for Plaintiff in *Madrid* agrees that the *A.G.* Scheduling Order, as modified below, should apply to the consolidated case.

## **STIPULATIONS**

The Parties stipulate that, pursuant to Federal Rule of Civil Procedure 42(a), the cases of *A.G., et al. v. County of Tulare, et al.*, No. 1:23-cv-00500-JLT-SKO and *Madrid v. Sanchez-Perez, et al.*, No. 1:24-cv-00150-JLT-SKO, should be consolidated for discovery, pretrial dates, and trial. Given the foregoing, and the current approaching non-expert discovery cutoff of May 8, 2024 (ECF No. 19), the Parties respectfully submit that good cause exists to continue the non-expert discovery cutoff and the subsequent case deadlines by approximately 180 days each:

| Matter | Current Deadline (Doc. 19) | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | May 8, 2024 (W) | November 6, 2024 (W) |
| Expert Disclosures | June 12, 2024 (W) | December 11, 2024(W) |
| Rebuttal Expert Disclosures | July 17, 2024 (W) | January 15, 2025 (W) |
| Expert Discovery Cutoff | August 19, 2024 (M) | February 17, 2025 (M) |
| Non-Dispositive Motion Deadline-Filing | September 3, 2024 (Tu) | March 4, 2025 (Tu) |
| Non-Dispositive Motion Deadline-Hearing | October 16, 2024 (W) | April 16, 2025 (W) |
| Dispositive Motion Deadline-Filing | September 18, 2024 (W) | March 19, 2025 (W) |
| Dispositive Motion Deadline-Hearing | October 28, 2024 (M) | April 28, 2025 (M) |
| Deadline to Provide Proposed Settlement Conference Dates: | December 4, 2024 (W) | June 4, 2025 (W) |
| Pre-Trial Conference | January 27, 2025, 1:30 p.m. (M) | July 28, 2025, 1:30 pm (M) |
| Trial | March 18, 2025, 8:30 a.m. (Tu) | September 16, 2025, 8:30 a.m. (Tu) |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: March 1, 2024          **HELM LAW OFFICE, PC**

           */s/ T. Kennedy Helm, IV*
           T. KENNEDY HELM, IV
           *Attorney for Plaintiffs A.G. and F.G., by and through their guardian ad litem, Johana Yolanda Corral Galvan*

| | |
|---|---|
| Dated: March 1, 2024 | **LAW OFFICE OF KEVIN G. LITTLE** |
| | */s/ Kevin G. Little\**<br>By: KEVIN G. LITTLE<br>*Attorney for Plaintiff Rosa Madrid* |
| Dated: March 1, 2024 | **LEBEAU THELEN LLP** |
| | */s/ Gary L. Logan\**<br>By: GARY L. LOGAN<br>*Attorneys for Tulare County Defendants* |
| Dated: March 1, 2024 | **GORDON REES SCULLY MANASUKHANI, LLP** |
| | */s/ Lindsey M. Romano\**<br>By: LINDSEY M. ROMANO<br>*Attorneys for Wellpath, LLC Defendants* |

\*Pursuant to Local Rule 131(e), Messrs. Logan and Little, and Ms. Romano, each consented that this document be filed by CM/ECF.

# ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows: The foregoing stipulation to consolidate the cases of *A.G., et al. v. County of Tulare, et al.*, No. 1:23-cv-00500-JLT-SKO and *Madrid v. Sanchez-Perez, et al.*, No. 1:24-cv-00150-JLT-SKO pursuant to Federal Rule of Civil Procedure 42(a) for pretrial dates and trial is HEREBY GRANTED.

1. The Clerk of Court shall consolidate *A.G., et al. v. County of Tulare, et al.*, No. 1:23-cv-00500-JLT-SKO and *Madrid v. Sanchez-Perez, et al.*, No. 1:24-cv-00150-JLT-SKO;
2. All future filings and correspondence shall use Case No. 1:23-cv-00500-JLT-SKO;
3. The Clerk shall file a copy of this order in Case No. 1:24-cv-00150-JLT-SKO; and
4. The Clerk of Court is directed to shall administratively close *Madrid v. Sanchez-Perez, et al.*, No. 1:24-cv-00150-JLT-SKO[1].

The Court further finds that the Parties have shown good cause for the relief their Stipulation requests. IT IS HEREBY ORDERED that the Scheduling Conference in *Madrid* set for May 14, 2024 (Doc. 9) is VACATED and the existing Scheduling Order in *A.G.* (Doc. 19) shall apply to the consolidated action and is modified as follows:

| Matter | Current Deadline (Doc. 19) | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | May 8, 2024 (W) | November 6, 2024 |
| Expert Disclosures | June 12, 2024 (W) | December 11, 2024 |
| Rebuttal Expert Disclosures | July 17, 2024 (W) | January 15, 2025 |
| Expert Discovery Cutoff | August 19, 2024 (M) | February 17, 2025 |

---

[1] The Court notes that administratively closing this case has no impact whatsoever on the merits.

| Non-Dispositive Motion Deadline-Hearing | October 16, 2024 | April 9, 2025 |
|---|---|---|
| Dispositive Motion Deadline-Filing | September 18, 2024 | March 17, 2025 |
| Dispositive Motion Deadline-Hearing | October 28, 2024 | April 21, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates: | December 4, 2024 | May 14, 2025 |
| Pre-Trial Conference | January 27, 2025 at 1:30 p.m. | June 16, 2025 at 1:30 pm |
| Trial | March 18, 2025 at 8:30 a.m. | August 12, 2025 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **March 5, 2024**                     /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE