UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| A.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce Jr.; F.G., a minor, by and through her Guardian ad Litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, a public entity; Correctional Deputy Trainee JOSE SANCHEZ PEREZ; Correctional Deputy JAMES DILLON; Correctional Deputy RODRIGO DEOCHOA; WELLPATH, LLC, a Delaware Corporation; ANDREW P. HO, M.D.; ALLA LIBERSTEIN, M.D.; and DOES 7-50, jointly and severally,<br><br>Defendants. | CASE NO. 1:23-cv-000500-JLT-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC, ANDREW P. HO, M.D., AND ALLA LIBERSTEIN, M.D. TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(Doc. 42)** |

## **STIPULATION**

Plaintiffs A.G. and F.G., both minors, by and through their guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce Jr.("Plaintiffs"); and Defendants Wellpath, LLC, Andrew P. Ho, M.D., and Alla Liberstein, M.D. ("Wellpath Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

1. On December 6, 2023, Plaintiffs filed their First Amended Complaint Damages and Demand for Jury Trial ("Complaint") in the United States District Court, Eastern District of California, Fresno Division. ECF. No. 24

2. On February 5, 2024, counsel for Wellpath Defendants accepted service for Wellpath Defendants, setting their deadline to file a response to the First Amended Complaint

-1-

as February 26, 2024.

3. On February 23, 2024, pursuant to Local Rule 144(a), Plaintiffs and Wellpath Defendants agreed to a 28-day extension of time for Wellpath Defendants to file their response to the First Amended Complaint, from February 26, 2024, to March 25, 2024.

4. On March 15, 2024, Wellpath Defendants sent a meet-and-confer letter to Plaintiffs indicating that they may file a motion to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). To see if motion practice may be avoided, the Parties need additional time to meet and confer regarding the issues raised in the March 15 letter.

5. Plaintiffs and Wellpath Defendants hereby stipulate and agree that Wellpath Defendants' deadline to file a response to the First Amended Complaint shall be extended to Wednesday, April 24, 2024.

6. A proposed order is included with this filing, and pursuant to Local Rule 137(b), a copy in Word format will be emailed contemporaneously to skoorders@caed.uscourts.gov.

IT IS SO STIPULATED.

**ORDER**

GOOD CAUSE APPEARING, and the Parties' having stipulated to the same (Doc. 42), the parties' stipulation is hereby APPROVED.  IT IS HEREBY ORDERED that Defendants shall file their response to Plaintiffs' First Amended Complaint by April 24, 2024.

IT IS SO ORDERED.

Dated:  **March 28, 2024**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE