1    LINDSEY M. ROMANO (SBN: 337600)
     lromano@grsm.com
2    GORDON REES SCULLY MANSUKHANI, LLP
     275 Battery Street, Suite 2000
3    San Francisco, CA 94111
     Telephone: (415) 875-4126
4    Facsimile:  (415) 986-8054

5    Attorneys for Defendants
     WELLPATH, LLC, ANDREW P. HO, M.D., AND ALLA LIBERSTEIN, M.D.
6
     T. KENNEDY HELM, IV (SBN: 282319)
7    kennedy@helmlawoffice.com
     HELM LAW OFFICE, PC
8    644 40th Street, Suite 305
     Oakland, CA 94609
9    Telephone: (510) 350-7517
     Facsimile: (510) 350-7359
10
     Attorneys for Plaintiffs
11   A.G. and F.G.

12                   UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14                          FRESNO DIVISION

15   A.G., a minor, by and through her guardian ad     )  CASE NO.  1:23-cv-000500-JLT-SKO
     litem Johana Yolanda Corral Galvan,               )
16   individually and as co-successor in interest to   )  SECOND STIPULATION AND
     Decedent Francisco Ponce Jr.; F.G., a minor,      )  ORDER TO EXTEND TIME FOR
17   by and through her Guardian ad Litem Johana        )  DEFENDANTS WELLPATH, LLC,
     Yolanda Corral Galvan, individually and as        )  ANDREW P. HO, M.D., AND ALLA
18   co-successor in interest to Decedent Francisco     )  LIBERSTEIN, M.D. TO FILE
     Ponce, Jr.; individually,                         )  RESPONSE TO PLAINTIFFS' FIRST
19                                                      )  AMENDED COMPLAINT
                                 Plaintiffs,            )
20                                                      )  (Doc. 44)
                                                        )
21            vs.                                       )
                                                        )
22   COUNTY OF TULARE, a public entity;                 )
     Correctional Deputy Trainee JOSE SANCHEZ           )
23   PEREZ; Correctional Deputy JAMES                   )
     DILLON; Correctional Deputy RODRIGO                )
24   DEOCHOA; WELLPATH, LLC, a Delaware                 )
     Corporation; ANDREW P. HO, M.D.; ALLA             )
25   LIBERSTEIN, M.D.; and DOES 7-50, jointly           )
     and severally,                                     )
26                                                      )
                                 Defendants.            )
     ─────────────────────────────────────────────
27

28           Plaintiffs A.G. and F.G., both minors, by and through their guardian ad litem Johana

                                          -1-
─────────────────────────────────────────────────────────────────
SECOND STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO FILE
RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce Jr. ("Plaintiffs"); and Defendants Wellpath, LLC, Andrew P. Ho, M.D., and Alla Liberstein, M.D. ("Wellpath Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

1.  On March 28, 2024, this Court approved the Plaintiffs' and Wellpath Defendants' stipulation to extend the deadline for the Wellpath Defendants' responsive pleading from March 25, 2024 until April 24, 2024. ECF No. 43. The Parties had previously obtained a 28-day extension of time, pursuant to Local Rule 144(a), for the Wellpath Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint. ECF No. 34.

2.  Plaintiffs and the Wellpath Defendants have since held two meet-and-confer phone conference calls to see if claimed deficiencies in Plaintiffs' First Amended Complaint may be addressed without motion practice.

3.  Plaintiffs and the Wellpath Defendants believe that further meet-and-confer efforts may lead to the narrowing or possible elimination of the issues, and they have scheduled a further meet-and-confer phone conference call for April 30, 2024.

4.  Accordingly, Plaintiffs and the Wellpath Defendants hereby stipulate and agree that the Wellpath Defendants' deadline to file a response to the First Amended Complaint shall be extended from the current date of April 24, 2024 until May 1, 2024.

IT IS SO STIPULATED.


DATED: April 23, 2024                  **GORDON REES SCULLY MANSUKHANI, LLP**


                                       By: */s/ Kendra N. Stark*\*
                                           Kendra N. Stark
                                           Attorneys for Wellpath Defendants


DATED: April 23, 2024                  **HELM LAW OFFICE, PC**

                                       By: */s/ T. Kennedy Helm, IV*
                                           T. Kennedy Helm, IV

-2-

Attorney for Plaintiffs A.G. and F.G.

## **ATTORNEY ATTESTATION**

    *I hereby attest that I have been authorized by Ms. Stark to show her signature on this document as /s/.

Dated: April 23, 2024                 */s/ T. Kennedy Helm, IV*
                                               T. Kennedy Helm, IV

SECOND STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO FILE
RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

**<u>ORDER</u>**

GOOD CAUSE APPEARING THEREFOR, and the Parties' having stipulated to the same (Doc. 44), the Parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that Defendants Wellpath, LLC, Andrew P. Ho, M.D., and Alla Liberstein, M.D. shall file their response to Plaintiffs' First Amended Complaint by May 1, 2024.

IT IS SO ORDERED.

Dated:   **April 25, 2024**                    */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

.

-4-

SECOND STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO FILE
RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28