1  T. Kennedy Helm, IV (SBN 282319)
   HELM LAW OFFICE, PC
2  644 40th Street, Suite 305
   Oakland, California 94609
3  Telephone: (510) 350-7517
   Facsimile: (510) 350-7359
4  E-mail: kennedy@helmlawoffice.com

5  *Attorney for Plaintiffs A.G. and F.G., by and through their guardian ad litem, Johana*
6  *Yolanda Corral Galvan*

7  Gary L. Logan (SBN 90558)
   Alan J. Mish (SBN 105771)
8  LAW OFFICES OF
   LEBEAU • THELEN, LLP
9  5001 East Commercenter Drive, Suite 300
   Post Office Box 12092
10 Bakersfield, California 93389-2092
   Telephone:(661) 325-8962
11 Facsimile: (661) 325-1127
   E-mail: glogan@lebeauthelen.com
12 E-mail: amish@lebeauthelen.com

13 *Attorneys for Defendants County of Tulare,*
   *Jose Sanchez Perez, James Dillon, and Rodrigo*
14 *DeOchoa*

15 Peter G. Bertling (SBN 121602)
   Jemma Allison Parker Saunders (SBN 227962)
16 BERTLING LAW GROUP
   21 E. Canon Perdido Street, Suite 204B
17 Santa Barbara, California 93101
   Telephone: (805) 879-7558
18 Facsimile: (805) 869-1597
   E-mail: peter@bertlinglawgroup.com
19 E-mail: jemma@bertlinglawgroup.com

20 *Attorneys for Defendant Andrew P. Ho, M.D.*

Kevin G. Little (SBN 149818)
Michelle L. Tostenrude (SBN 290121)
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com
E-mail: michelletostenrude@yahoo.com

*Attorneys for Plaintiff Rosa Madrid*

Lindsey M. Romano (SBN 337600)
Kendra N. Stark (PRO HAC VICE)
GORDON REES SCULLY
MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
E-mail: lromano@grsm.com
E-mail: kstark@grsm.com

*Attorneys for Defendants Wellpath, LLC and Alla Liberstein, M.D.*

21                    **UNITED STATES DISTRICT COURT**

22                    **EASTERN DISTRICT OF CALIFORNIA**

23                               **FRESNO DIVISION**

24  A.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; F.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as

Case No. 1:23-cv-00500-JLT-SKO

**STIPULATION AND ORDER VACATING SCHEDULING ORDER**

**(Doc. 66)**

co-successor in interest to Decedent Francisco )
Ponce, Jr.; individually, )
)
              Plaintiffs, )
   vs. )
)
COUNTY OF TULARE, a public entity; )
Correctional Deputy Trainee JOSE )
SANCHEZ PEREZ; Correctional Deputy )
JAMES DILLON; Correctional Deputy )
RODRIGO DEOCHOA; WELLPATH, LLC, )
a Delaware Corporation; ANDREW P. HO, )
MD; ALLA LIBERSTEIN, MD; and DOES )
7–50, jointly and severally, )
)
             Defendants. )

STIP. & ORDER VACATING SCHEDULING ORDER
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO

Plaintiffs A.G. and F.G., by and through their counsel, T. Kennedy Helm, IV, of Helm Law Office, PC; Plaintiff Rosa Madrid, by and through her counsel, Kevin G. Little and Michelle L. Tostenrude of the Law Office of Kevin G. Little; Defendants County of Tulare, Jose Sanchez Perez, James Dillon, and Rodrigo DeOchoa, by and through their counsel, Gary L. Logan, of Lebeau Thelen, LLP; Defendants Wellpath, LLC and Alla Liberstein, M.D., by and through their counsel Lindsey M. Romano and Kendra N. Stark of Gordon Rees Scully Mansukhani, LLP; and Defendant Andrew P. Ho, M.D., by and through his counsel Peter G. Bertling and Jemma Parker Saunders of Bertling Law Group; hereby respectfully stipulate and request as follows:

A. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, the "court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Parties respectfully submit that good cause exists to vacate the deadline for completion of non-expert (fact) discovery and successive deadlines.

B. Currently, the cutoff for non-expert (fact) discovery is February 5, 2025. ECF No. 57.

C. Since the last modification of the scheduling order on September 4, 2024 (ECF No. 57) the Parties have made progress in discovery. On November 1, 2024, Plaintiffs A.G. and F.G noticed the depositions of non-party witness Jonathan Gonzalez, EMT, for December 9, 2024; and of Defendants Jose Sanchez Perez and James Dillon, for December 11, 2024. On November 4, 2024, Defendants Wellpath, LLC and Liberstein served responses and 5,070 pages of documents in response to Plaintiffs' Requests for Production of Documents and Things (Set One). On November 7, 2024, the County Defendants noticed the deposition of the guardian ad litem of Plaintiffs A.G. and F.G., Johana Yolanda Corral Galvan, for December 19, 2024.

D. However, on November 15, 2024, Defendant Wellpath, LLC filed a Suggestion of Bankruptcy and Notice of Stay. ECF No. 58.

E. Plaintiffs and the County Defendants deposed non-party witness Jonathan Gonzalez, EMT, on December 9, 2024.

F. Counsel for Plaintiffs A.G. and F.G. met and conferred with counsel for Defendant Wellpath, LLC and counsel for the County Defendants, and the Parties determined that the party depositions scheduled for December 11 and 19, 2024, should be postponed to avoid having to bring these Parties back for further depositions, given that counsel for Wellpath LLC could not participate in the depositions scheduled for December 2024 because of the stay, and indicated that they would want to depose these Parties once the bankruptcy proceeding ends and the stay is lifted.

G. Thus, the stay in Defendant Wellpath, LLC's bankruptcy proceeding has prevented the parties from conducting discovery with respect to Debtor Wellpath, LLC and Non-Debtor Parties as well. The duration of the stay as to Defendant Wellpath, LLC, and of the bankruptcy proceeding, is uncertain but could last until April 30, 2025. ECF No. 64-1, p. 4, ¶ 1. The Bankruptcy Court will hold a further hearing on February 18, 2025 to determine the extent of the stay as to the non-Debtors. ECF No. 64-1, p. 4, ¶¶ 3–4.

H. Given the foregoing, counsel for all Plaintiffs; counsel for the Tulare County Defendants; counsel for Defendants Wellpath, LLC and Liberstein; and counsel for Defendant Ho, do not believe that fact discovery can be completed by the current deadline of February 5, 2025. Furthermore, counsel for the Parties wish to be able to exercise professional courtesies by reasonably accommodating the schedules of the deponents and counsel as much as is reasonably possible. Needing to set depositions on mutually available dates becomes challenging given the number of counsel's schedules and potential depositions involved.

I. Therefore, the undersigned counsel respectfully request that the current case deadlines in this matter be vacated, until the bankruptcy proceeding has concluded, and the parties have

an opportunity to meet and confer regarding a new case schedule that will not conflict with the current stay.

J.  The Parties further agree that they will provide the Court with a new proposed case schedule within fifteen (15) days of the conclusion of the bankruptcy.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: February 4, 2025         **HELM LAW OFFICE, PC**

/s/ T. Kennedy Helm, IV
T. KENNEDY HELM, IV
*Attorney for Plaintiffs A.G. and F.G., by and through Their guardian ad litem, Johana Yolanda Corral Galvan*

Dated: February 4, 2025         **LAW OFFICE OF KEVIN G. LITTLE**

/s/ Kevin G. Little*
By: KEVIN G. LITTLE
   MICHELLE G. TOSTENRUDE
*Attorneys for Plaintiff Rosa Madrid*

Dated: February 4, 2025         **LEBEAU THELEN LLP**

/s/ Gary L. Logan*
By: GARY L. LOGAN
*Attorneys for Tulare County Defendants*

Dated: February 4, 2025         **GORDON REES SCULLY MANASUKHANI, LLP**

/s/ Kendra N. Stark*
By: LINDSEY M. ROMANO
   KENDRA N. STARK
*Attorneys for Defendants Wellpath, LLC and Alla Liberstein, MD*

Dated: February 4, 2025         **BERTLING LAW GROUP**

/s/ Peter G. Bertling*

By: PETER G. BERTLING
   JEMMA PARKER SAUNDERS
*Attorneys for Defendant Andrew P. Ho, MD*

STIP. & ORDER VACATING SCHEDULING ORDER
*A.G., et al. v. County of Tulare, et al.*
Case No. 1:23-cv-00500-JLT-SKO                                   3

1 *Pursuant to Local Rule 131(e), Messrs. Logan, Little, and Bertling; and Ms. Stark, each consented that this document be filed by CM/ECF.

### ORDER

The Court finds that the Parties have shown good cause for the relief their Stipulation requests. IT IS HEREBY ORDERED that the existing case deadlines outlined in the Scheduling Order (Doc. 57) are VACATED in light of the Wellpath bankruptcy proceeding.

The parties SHALL provide the Court with a new proposed case schedule within fifteen (15) days of the conclusion of the Wellpath bankruptcy proceeding.

IT IS SO ORDERED.

Dated: **February 5, 2025**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE