T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
Telephone: (510) 350-7517
Facsimile: (510) 350-7359
E-mail: kennedy@helmlawoffice.com

Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
Facsimile: (415) 223-9717
E-mail: ss@sanjayschmidtlaw.com

*Attorney for Plaintiffs A.G. and F.G., by and through their guardian ad litem, Johana Yolanda Corral Galvan*

*Attorney for Plaintiffs A.G. and F.G., by and through their guardian ad litem, Johana Yolanda Corral Galvan*

Gary L. Logan (SBN 90558)
Alan J. Mish (SBN 105771)
LAW OFFICES OF
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
Telephone:(661) 325-8962
Facsimile: (661) 325-1127
E-mail: glogan@lebeauthelen.com
E-mail: amish@lebeauthelen.com

Kevin G. Little (SBN 149818)
Michelle L. Tostenrude (SBN 290121)
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinglittle.com
E-mail: michelletostenrude@yahoo.com

*Attorneys for Plaintiff Rosa Madrid*

*Attorneys for Defendants County of Tulare, Jose Sanchez Perez, James Dillon, and Rodrigo DeOchoa*

Peter G. Bertling (SBN 121602)
Jemma Allison Parker Saunders (SBN 227962)
BERTLING LAW GROUP
21 E. Canon Perdido Street, Suite 204B
Santa Barbara, California 93101
Telephone: (805) 879-7558
Facsimile: (805) 869-1597
E-mail: peter@bertlinglawgroup.com
E-mail: jemma@bertlinglawgroup.com

Lindsey M. Romano (SBN 337600)
Kendra N. Stark (PRO HAC VICE)
GORDON REES SCULLY
MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
E-mail: lromano@grsm.com
E-mail: kstark@grsm.com

*Attorneys for Defendant Andrew P. Ho, M.D.*

*Attorneys for Defendants Wellpath, LLC and Alla Liberstein, M.D.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| A.G., a minor, by and through her guardian ad litem Johana Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; F.G., a minor, by and through her guardian ad litem Johana | Case No. 1:23-cv-00500-JLT-SKO (Consolidating Case No. 1:24-cv-00150-JLT-SKO) **JOINT STATUS REPORT WITH STIPULATION AND ORDER TO** |

| | |
|---|---|
| 1  Yolanda Corral Galvan, individually and as co-successor in interest to Decedent Francisco Ponce, Jr.; individually, | **MODIFY CURRENT SCHEDULING ORDER** |
| | **(Doc. 74)** |

Plaintiffs,

vs.

COUNTY OF TULARE, a public entity; Correctional Deputy Trainee JOSE SANCHEZ PEREZ; Correctional Deputy JAMES DILLON; Correctional Deputy RODRIGO DEOCHOA; WELLPATH, LLC, a Delaware Corporation; ANDREW P. HO, MD; ALLA LIBERSTEIN, MD; and DOES 7–50, jointly and severally,

Defendants.

Plaintiffs A.G. and F.G., by and through their counsel, T. Kennedy Helm, IV, of Helm Law Office, PC and Sanjay S. Schmidt, of the Law Office of Sanjay S. Schmidt; Plaintiff Rosa Madrid, by and through her counsel, Kevin G. Little and Michelle L. Tostenrude of the Law Office of Kevin G. Little; Defendants County of Tulare, Jose Sanchez Perez, James Dillon, and Rodrigo DeOchoa, by and through their counsel, Gary L. Logan, of Lebeau Thelen, LLP; Defendants Wellpath, LLC and Alla Liberstein, M.D., by and through their counsel Lindsey M. Romano and Kendra N. Stark of Gordon Rees Scully Mansukhani, LLP; hereby submit this joint status report pursuant to ECF No. 73, and respectfully stipulate and request as follows:

## RECITALS

The parties report that they have met and conferred about new pre-trial dates pursuant to ECF No. 73, ordering that the parties file a joint status report to address any request to modify the operative scheduling order, ECF No. 57—the dates of which were vacated on February 5, 2025 during Defendant Wellpath LLC's bankruptcy proceedings. ECF No. 67. As counsel for Defendant Wellpath, LLC has stated, the details of how pre-petition cases such as this one will be treated under the confirmed Chapter 11 Plan are to be determined. ECF No. 72 p. 2. On May 28, 2025, Plaintiffs' bankruptcy counsel filed an objection to the entry on May 23, 2025 of the *Proposed Form Order Regarding Lift Stay Motions* (ECF No. 2853).

## STIPULATION

The Parties stipulate that the operative scheduling order (ECF No. 57) be modified as follows:

| Matter | Current Deadline (ECF No. 57) | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | February 5, 2025 | January 9, 2026 |
| Expert Disclosures | March 12, 2025 | February 6, 2026 |
| Rebuttal Expert Disclosures | April 16, 2025 | March 13, 2026 |
| Expert Discovery Cutoff | May 19, 2025 | April 17, 2026 |

| | | |
|---|---|---|
| Non-Dispositive Motion Deadline-Filing | June 17, 2025 | May 15, 2026 |
| Non-Dispositive Motion Deadline-Hearing | July 23, 2025 | June 19, 2026 |
| Dispositive Motion Deadline-Filing | June 16, 2025 | May 11, 2026 |
| Dispositive Motion Deadline-Hearing | July 21, 2025 | June 16, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates: | August 20, 2025, or 90 days before trial, whichever is later | July 16, 2026 |
| Pre-Trial Conference | September 15, 2025 at 1:30 p.m. | August 10, 2026 |
| Trial | November 18, 2025 at 8:30 a.m. | October 13, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: June 3, 2025  **HELM LAW OFFICE, PC**
**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ T. Kennedy Helm, IV*
By: T. KENNEDY HELM, IV
*Attorneys for Plaintiffs A.G. and F.G., by and through their guardian ad litem, Johana Yolanda Corral Galvan*

Dated: June 3, 2025  **LAW OFFICE OF KEVIN G. LITTLE**

*/s/ Kevin G. Little**
By: KEVIN G. LITTLE
    MICHELLE G. TOSTENRUDE
*Attorneys for Plaintiff Rosa Madrid*

Dated: June 3, 2025  **LEBEAU THELEN LLP**

*/s/ Gary L. Logan**
By: GARY L. LOGAN
*Attorneys for Tulare County Defendants*

| | |
|---|---|
| Dated: June 3, 2025 | **GORDON REES SCULLY MANASUKHANI, LLP** |
| | */s/ Kendra N. Stark*\* |
| | By: LINDSEY M. ROMANO |
| | KENDRA N. STARK |
| | *Attorneys for Defendants Wellpath, LLC and Alla Liberstein, MD* |

*Pursuant to Local Rule 131(e), Messrs. Logan and Little, and Ms. Stark each consented that this document be filed by CM/ECF.

## **ORDER**

The Court, having considered the Parties' stipulation (Doc. 74), and good cause appearing (*see* Fed. R. Civ. P. 16(b)(4)), rules as follows:

The Court finds that the Parties have shown good cause for the relief their Stipulation requests. IT IS HEREBY ORDERED that the existing Scheduling Order (Doc. 57) is MODIFIED as follows:

| Matter | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | February 5, 2025 | January 9, 2026 |
| Expert Disclosures | March 12, 2025 | February 6, 2026 |
| Rebuttal Expert Disclosures | April 16, 2025 | March 13, 2026 |
| Expert Discovery Cutoff | May 19, 2025 | April 17, 2026 |
| Non-Dispositive Motion Deadline-Filing | June 17, 2025 | May 15, 2026 |
| Non-Dispositive Motion Deadline-Hearing | July 23, 2025 | June 24, 2026[1] |
| Dispositive Motion Deadline-Filing | June 16, 2025 | May 11, 2026 |
| Dispositive Motion Deadline-Hearing | July 21, 2025 | June 16, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates: | August 20, 2025, or 90 days before trial, whichever is later | August 19, 2026, or 90 days before trial, whichever is later |

---

[1] This date has been continued in accordance with this Court's Local Rules. *See* E.D. Cal. L.R. 230.

| Pre-Trial Conference | September 15, 2025, at 1:30 p.m. | September 14, 2026, at 1:30 p.m.[2] |
|---|---|---|
| Trial | November 18, 2025, at 8:30 a.m. | November 17, 2026, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **June 4, 2025**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The pretrial conference and trial dates have been continued to allow sufficient time for the Court to rule on dispositive motions and prepare for trial.