# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G., *by and through her guardian ad litem*, et al.<br><br><br>Plaintiffs,<br>v.<br><br><br>COUNTY OF TULARE, et al.,<br><br><br>Defendants. | Case No.  1:23-cv-00500-JLT-EGC<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 88) |

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 88), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the January 7, 2026 Modified Scheduling Order, (Doc. 84), are **VACATED** and **CONTINUED** according to the revised schedule below:

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | July 8, 2026 | February 10, 2027 |
| Disclosure of Experts | August 5, 2026 | March 3, 2027 |
| Disclosure of Rebuttal Experts | September 9, 2026 | April 7, 2027 |
| Expert Discovery Deadline | October 14, 2026 | May 12, 2027 |
| Non-Dispositive Motions (filing deadline) | November 10, 2026 | June 8, 2027 |
| Non-Dispositive Motions (hearing deadline) | November 16, 2026 | June 14, 2027 |
| Dispositive Motions (filing deadline) | December 16, 2026 | July 14, 2027 |
| Dispositive Motions (hearing deadline) | December 21, 2026 | July 19, 2027 |
| Deadline to Request Settlement Conference | --- | September 13, 2027 |

| Pretrial Conference | March 15, 2027 | October 18, 2027 |
| Trial | May 11, 2027 | December 14, 2027 |

IT IS SO ORDERED.

Dated:    **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE