# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

A.G., *a minor, by and through her guardian ad litem*, et al.,

Plaintiffs,

v.

COUNTY OF TULARE, et al.,

Defendants.

Case No.  1:23-cv-0500-JLT-EGC

**ORDER DENYING WITHOUT PREJUDICE STIPULATION FOR PROTECTIVE ORDER FOR CONFIDENTIAL DOCUMENTS**

(Doc. 90)

## I.    INTRODUCTION

On July 6, 2026, the parties filed a request seeking Court approval of their "Stipulation for Entry of a Protective Order re: Confidential Documents." (Doc. 90).  The Court has reviewed the proposed protective order and has determined that, in its current form, it cannot be granted.  For the reasons set forth below, the Court DENIES *without prejudice* the parties' request to approve the stipulated protective order.

## II.    DISCUSSION

### A.    The Protective Order Does Not Comply with Local Rule 141.1(c)

The proposed protective order does not comply with Rule 141.1 of the Local Rules of the United States District Court, Eastern District of California.  Pursuant to Rule 141.1(c), any proposed protective order submitted by the parties must contain the following provisions:

> (1)    A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a

troubled child);

(2)    A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

(3)    A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

Local Rule 141.1(c).

The proposed protective order seeks to cover:

information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). It encompasses information where public disclosure is likely to result in particularized harm, or where public disclosure would violate privacy interests recognized by law. Examples of confidential information include, ***but are not limited to***, the following:

a. personnel file records of any peace officer;

b. medical records;

c. social security numbers and similar sensitive identifying information (unless redacted by order or by agreement of all parties).

(Doc. 90 at 2, emphasis added.)

With its inclusion of the phrase "but are not limited to," the proposed protective order fails to comply with Local Rule 141.1(c)(1), which requires "[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information."  Without any additional qualification to the phrase "but are not limited to" or the removal thereof, the proposed protective order does not sufficiently identify the types of information eligible for protection.

The protective order also fails to identify the parties' need for protection.  As the parties do not present any *particularized* need for protection as to the *identified categories* of information to be protected, the protective order fails to comply with Local Rule 141.1(c)(2), which requires "[a] showing of particularized need for protection as to each category of information proposed to be covered by the order."

**B.     The Parties' Stipulated Protective Order is Denied <u>Without</u> Prejudice**

The parties may re-file a revised proposed stipulated confidentiality and protective order

that complies with Local Rule 141.1(c) and corrects the deficiency set forth in this order.[1]

### III.  CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that the "Stipulation for Protective Order for Confidential Documents." (Doc. 90) is DENIED without prejudice to renewing the request.


IT IS SO ORDERED.

Dated:   **July 7, 2026**                     _____
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Should the parties do so, they shall email an electronic copy of the proposed order to the Court's chambers as required by E.D. Cal. Local Rule 137(b).